UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TODD BOYCE,<br>                Plaintiff,<br>  vs.<br>MR. CRAIG HANKS, et al.,<br>                Defendants. | No. 1:07-cv-009-SEB-JMS |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in the Entry of June 25, 2007.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 07/19/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana