## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

TODD BOYCE,      )
      Plaintiff,  )
 vs.       )  No. 1:07-cv-009-SEB-JMS
         )
MR. CRAIG HANKS, et al.,  )
         )
     Defendants. )

### J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  07/19/2007
_____

*Sarah Evans Barker*
_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Todd Boyce
DOC #932523
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362